# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | |
|---|---|
| ELLIOT D. GOODIN,<br>*Plaintiff*<br>v.<br><br>DR. GREGORY BAHDER,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   2:17-CV-0347-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The claims asserted in Plaintiff's Complaint (ECF No. 7) are DISMISSED and
WITHOUT LEAVE TO AMEND.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge                Thomas O. Rice _____ .

Date:  December 14, 2107

_____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

Linda L. Hansen